UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FRIEMAN, | ) |
|          Plaintiff, | ) Case No. 1:20-cv-00171 |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| PATTERN ENERGY GROUP, INC., ALAN BATKIN, JOHN BROWNE, MICHAEL GARLAND, RICHARD GOODMAN, DOUGLAS HALL, PATRICIA NEWSON, and MONA SUTPHEN, | ) |
|          Defendants. | ) |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff David Frieman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 31, 2020

Respectfully submitted,

By: /s/ *Adam M. Apton*
Adam M. Apton (AS8383)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4859
Fax: (212) 363-7171
Email: aapton@zlk.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (212) 363-7171
Email: denright@zlk.com
       etripodi@zlk.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*

SO ORDERED.
Dated: April 1, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE